HURWITZ, ORIHUELA & HAYES, LLP
Douglas B. Hayes (Bar No. 232709)
dbh@hohlawyers.com
Nicolas Orihuela (Bar No. 221898)
no@hohlawyers.com
5757 Wilshire Blvd, Suite 503
Los Angeles, California 90036
Telephone: (323) 965-2103
Facsimile: (323) 965-2146

Attorneys for Plaintiff Carolina Sandoval

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA SANDOVAL, <br><br> Plaintiff(s), <br><br> vs. <br><br> WALGREEN CO.; WALGREEN PHARMACY SERVICES MIDWEST, LLC; and Does 1 to 50, inclusive, <br><br> Defendant(s). | Case No. 2:20−cv−01842−JAK−RAO <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THE COURT:

In accordance with Local Rules 16-15.7 and 40-2, Plaintiff Carolina Sandoval hereby submits this Notice of Settlement to notify the Court that the case has been fully resolved, and to request at least 20 days in which to file the dismissal. A formal settlement agreement has already been circulated between the parties and executed by Plaintiff. The parties are now waiting for all the conditions of the settlement agreement to be met. Once all of the conditions of the settlement

1
**NOTICE OF SETTLEMENT**

agreement have been met, a dismissal of the entire action will be filed.

Dated:  May 27, 2020                    HURWITZ, ORIHUELA & HAYES, LLP


By:  /s/ Douglas B. Hayes
     Douglas Hayes,
     Attorneys for Plaintiff Carolina Sandoval